UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 08 B 20566
   SEAN P DEERING
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1362
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/06/08 .

2. The case was dismissed without confirmation, 01/23/2009.

3. The Debtor paid a total of $  4000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| DOX INC | SECURED | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | 718.80 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | 424.10 |
| DUPAGE COUNTY COLLECTOR | PRIORITY | .00 | .00 | .00 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MERCY HEALTH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| MHS PHYSICIAN SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT HAWKINS | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN RADIOLIGISTS | UNSECURED | NOT FILED | .00 | .00 |
| WILLOWBROOK MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

Summary of disbursements:

```
                         SECURED    PRIORITY   UNSECURED        OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00         .00         .00          .00          .00
PRINCIPAL PAID           424.10         .00      718.80          .00      1142.90
INTEREST PAID               .00         .00         .00          .00          .00
TOTAL PAID               424.10         .00      718.80          .00      1142.90
```

The Debtor's attorney, JOHN J LYNCH                  , was allowed $   3500.00
and was paid $   1111.00  direct and $   2389.00  through the plan.

The Trustee received $    197.67 .

Refunds to the Debtor totaled $    270.43 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/13/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 20566 SEAN P DEERING